**SIGNED THIS: January 13, 2011**

_____
GERALD D. FINES
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                )
                                      )
KENNETH L. CARR and                   )   Bankruptcy Case No. 09-91743
MARLENE T. CARR,                      )
                                      )
                  Debtors.            )

OPINION

This matter having come before the Court on Trustee's Notice of Objection to Claim No. 1, filed by the City of Kankakee, and upon Creditor, City of Kankakee's Response to Trustee's Objection to Claim No. 1; the Court, having heard arguments of counsel and having reviewed the record of Debtor's bankruptcy proceeding, makes the following findings of fact and conclusions of law pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure.

In its Response, the City of Kankakee recognizes that all of its claims are fines for City Code violations, and that all of its claims are supported by liens recorded in Kankakee County, Illinois. In addition to the liens recorded for the various code violations, the City of Kankakee received a default judgment in Adversary Case No. 09-9058, finding that the code violations at issue are non-dischargeable in the Debtors' bankruptcy pursuant to 11 U.S.C. § 523(a)(7).

Under Chapter 7 of the Bankruptcy Code, only dischargeable non-priority unsecured claims may share in a distribution of the Debtors' bankruptcy estate. Given that the claims in question are clearly secured by virtue of liens recorded in Kankakee County, Illinois, and have been determined non-dischargeable by this Court, those claims cannot share in any distribution under the Debtors' Chapter 7 bankruptcy. The City of Kankakee is free to assert its claims and liens in State Court against the Debtors personally without need for further relief from this Court. As such, the Court finds the Trustee's Notice of Objection to Claim No. 1 should be allowed.

###